EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br>    Enmiendas al Reglamento de la<br>    Comisión de Reputación para el<br>    Ejercicio de la Abogacía | 2002 TSPR 155<br><br>158 DPR _____ |

Número del Caso: ER-2002-4

Fecha: 30/diciembre/2002

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Enmiendas al Reglamento
de la Comisión de Reputación
para el Ejercicio
de la Abogacía

RESOLUCION

San Juan, Puerto Rico, a 30 de diciembre de 2002.

Al amparo de nuestro poder inherente para regular la admisión y ejercicio de la abogacía se enmienda las regla 1 del Reglamento de la Comisión de Reputación para el Ejercicio de la Abogacía, en sus apartados (a)(1), (a)(2) y (c).

Se enmienda la Regla 1 para que disponga lo siguiente:

"Regla 1. Comisión de Reputación
(a) Miembros–
    (1)   Composición – La Comisión de Reputación para el Ejercicio de la Abogacía estará compuesta de un Presidente o una Presidenta y seis (6) miembros asociados nombrados por el Tribunal Supremo. La Comisión elegirá de entre sus miembros un Secretario o una Secretaria.

    (2) Nombramiento – Los miembros de la Comisión serán nombrados por el Tribunal por los términos siguientes: el Presidente o la Presidenta será nombrado por un término de cinco (5) años y los seis (6) miembros asociados por términos de uno, dos,                     tres                  o

cuatro años. De allí en adelante los nombramientos serán por términos de cinco (5) años cada uno. Los miembros ocuparán sus cargos hasta que sus sucesores o sucesoras sean nombrados. De ocurrir alguna vacante, el Tribunal nombrará el sucesor o la sucesora por el resto del término para el cual fue nombrada la persona que produjo la vacante.

    (3)[...].
    (4)[...].

(b) [...].

(c) Acuerdos y quórum – Todos los acuerdos de la Comisión se adoptarán por mayoría. Cuatro (4) comisionados o comisionadas constituirán quórum. Cuando el Presidente o la Presidenta estuviere ausente o no interviniere en algún caso, el miembros asociado o la miembro asociada de mayor antigüedad actuará como Presidente interino o Presidenta interina.

    No podrá actuar como tal el miembro asociado o la miembro asociada que no fuere abogado o abogada".

Estas enmiendas entrarán en vigor inmediatamente.

**Publíquese**.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.


Carmen E. Cruz Rivera
Subsecretaria del Tribunal Supremo